Johnnie W. HARRIS, Petitioner,

v.

UNITED STATES POSTAL SERVICE, Respondent.

No. 03–3071.

United States Court of Appeals, Federal Circuit.

Feb. 11, 2003.

ORDER

Petitioner having paid the required filing fee, and having filed the required Statement Concerning Discrimination, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby

are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner's brief is due within 21 days from the date of filing of this order.